Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
23586 Calabasas Rd., Suite 105
Calabasas, CA 91302
Phone: 323-306-4234
tfriedman@toddflaw.com
 abacon@toddflaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANISIA JACKSON, <br><br> Plaintiff, <br><br> vs. <br><br> VERIZON WIRELESS SERVICES, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. <br><br> 8:25-cv-01236-DOC-KES <br><br> **NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.** |

NOW COMES THE PLAINTIFF, by and through her attorney, and hereby notifies the Court that she has reached a settlement as to Plaintiff's claims against Defendants EQUIFAX INFORMATION SERVICES, LLC and EXPERIAN INFORMATION SOLUTIONS, INC. only. Plaintiff and EQUIFAX INFORMATION SERVICES, LLC and EXPERIAN INFORMATION SOLUTIONS, INC. anticipate they will be able to submit a Notice or Stipulation

of Dismissal with Prejudice as to Defendants EQUIFAX INFORMATION SERVICES, LLC and EXPERIAN INFORMATION SOLUTIONS, INC. only within 60 days. Plaintiff's claims against Verizon Wireless Services, LLC have not been settled and shall remain pending before the Court.

Dated: August 11, 2025

                LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                By:  /s/ Todd M. Friedman
                      Todd M. Friedman
                      Law Offices of Todd M. Friedman, P.C.
                      Attorney for Plaintiff

# **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On August 11, 2025, I served a true copy of the Notice of Settlement on all counsel of record via the ECF Filing System:

Executed on August 11, 2025.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: /s/ Todd M. Friedman
Todd M. Friedman, Esq.
Attorney for Plaintiff