Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
23586 Calabasas Rd., Suite 105
Calabasas, CA 91302
Phone: 323-306-4234
tfriedman@toddflaw.com
 abacon@toddflaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUANISIA JACKSON, | Case No. |
| Plaintiff, | 8:25-cv-01236-DOC-KES |
| vs. | **NOTICE OF SETTLEMENT AS TO VERIZON WIRELESS SERVICES, LLC** |
| VERIZON WIRELESS SERVICES, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

NOW COMES THE PLAINTIFF, by and through her attorney, and hereby notifies the Court that she has reached a settlement as to Plaintiff's claims against Defendants VERIZON WIRELESS SERVICES, LLC only. Plaintiff and VERIZON WIRELESS SERVICES LLC. anticipate they will be able to submit a Notice or Stipulation of Dismissal with Prejudice as to Defendants only within 60 days.

Dated: August 21, 2025

                    LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                    By:  /s/ Todd M. Friedman
                           Todd M. Friedman
                           Law Offices of Todd M. Friedman, P.C.
                           Attorney for Plaintiff

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On August 21, 2025, I served a true copy of the Notice of Settlement on all counsel of record via the ECF Filing System:

Executed on August 21, 2025.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: /s/ Todd M. Friedman
Todd M. Friedman, Esq.
Attorney for Plaintiff