Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
23586 Calabasas Rd., Suite 105
Calabasas, CA 91302
Phone: 323-306-4234
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANISIA JACKSON, | Case No. 8:25-cv-01236-DOC-KES |
| Plaintiff, | **Honorable David O. Carter** |
| vs. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF VERIZON WIRELESS SERVICES, LLC,** *ONLY* |
| VERIZON WIRELESS SERVICES, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1-10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant VERIZON WIRELESS SERVICES, LLC by and through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice as to Defendant VERIZON WIRELESS SERVICES, LLC *only*. Each party shall bear its own costs and attorneys' fees.

///

///

///

Stipulation to Dismiss - 1

1  ///

Respectfully submitted October 14, 2025

By:  /s/ Todd M. Friedman
     Todd M. Friedman
     Law Offices of Todd M. Friedman, P.C.
     Attorney for Plaintiffs

By:  /s/ Charlotte K. Tang
     Charlotte K. Tang
     Attorney for Verizon Wireless Services, LLC

## **Signature Certification**

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to counsel for Verizon Wireless Services, LLC and that I have obtained their authorization to affix their electronic signature to this document.

Dated: October 14, 2025

               LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By:  /s/ Todd M. Friedman
     Todd M. Friedman, Esq.

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On October 14, 2025, I served a true copy of the Stipulation to Dismiss on all counsel of record via the ECF Filing System:

Executed on October 14, 2025.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:    /s/ Todd M. Friedman
       Todd M. Friedman, Esq.
       Attorney for Plaintiff