# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANISIA JACKSON,<br><br>Plaintiff,<br><br>vs.<br><br>VERIZON WIRELESS SERVICES, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1-10, inclusive,<br><br>Defendants.. | CASE NO.<br><br>8:25-cv-01236-DOC-KES<br><br>**ORDER TO DISMISS** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed, with prejudice as to Defendant VERIZON WIRELESS SERVICES, LLC only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: October 14, 2025

*David O. Carter*
_____
Honorable Judge David O. Carter
United States District Judge

Order to Dismiss - 1